UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br><br>Javier Ernesto AYALA-Osuna,<br><br><br>Defendant. | Magistrate Docket No. '21 MJ01977<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i)<br>Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about May 16, 2021 within the Southern District of California, defendant Javier Ernesto AYALA-Osuna, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Francisco Javier MADARIAGA-Gonzalez and Jaime MADARIAGA-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 18, 2021.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Javier Ernesto AYALA-Osuna

## PROBABLE CAUSE STATEMENT

The complainant states that Francisco Javier MADARIAGA-Gonzalez and Jaime MADARIAGA-Gonzalez, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 14, 2021, United States Border Patrol agents apprehended Francisco Javier MADARIAGA-Gonzalez and Jaime MADARIAGA-Gonzalez (the "Material Witnesses") after finding them in the backseat of a vehicle near Buckhman Springs and State Route 94, and discovering they were both in the United States without authorization.

During subsequent interviews, the Material Witnesses admitted they were citizens of Mexico, that they were illegally present in the United States, and that they did not have any documents that would allow them to enter or remain in the United States legally. The Material Witnesses stated they traveled from Ahuatzingo, Mexico, Mexico and arrived in Tijuana Sunday, May 9, 2021. Francisco Javier MADARIAGA-Gonzalez and Jaime MADARIAGA-Gonzalez stated they made smuggling arrangements with a man named "Javier" and that he was going to charge them $8,000 dollars to smuggle them into the United States. The Material Witnesses stated they immediately attempted to cross into the United States on Monday, May 10, 2021 at 6:00 PM but were arrested and returned to Mexico. Record checks on the Material Witnesses confirm this encounter. Then, the Material Witnesses stated that on Wednesday, May 12, 2021, at approximately 10:00 PM, they slept near the border and crossed into the United States, on Thursday May 13, 2021 at approximately 5:00 AM. The Material Witnesses said they were guided by "Javier" and that they walked until they reached SR-94 at approximately 9:00 PM. The Material Witnesses said "Javier" told them he was going to turn himself in to Border Patrol and instructed them to stay in place and he would arrange for them to be picked up once he was returned to Mexico. Thereafter, while waiting in the United States, the Material Witnesses said they ran out of food and water, and their cell phone did not have any battery life. The Material Witnesses said that they were in fear for their lives because they were abandoned. They said they were about to turn themselves in, when they saw a gray, four-door car slowing down as it approached their location. The Material Witnesses stated the vehicle approached them and told them to get inside and sit normal. Ultimately, Border Patrol discovered the Material Witnesses inside this vehicle, as described previously.
On May 15, 2021, El Cajon Border Patrol Agent-Intelligence G. Hayslip, reviewed the

CONTINUATION OF COMPLAINT:
Javier Ernesto AYALA-Osuna

statements provided by the Material Witnesses in attempt to identify "Javier." Based on a review of records checks, it was discovered that the Material Witnesses—consistent with their statement above—were apprehended by Border Patrol on May 10, 2021 within the Brownfield Border Patrol Station's Area of Responsibility. Those records checks further showed that one other individual was arrested alongside the Material Witnesses on that date—the defendant Javier Ernesto AYALA-Osuna. A further review of records pertaining to AYALA's apprehensions revealed six Border Patrol arrests beginning April 21, 2021 through present, all of which occurred within the Brownfield Border Patrol Station's Area of Responsibility.

On May 16, 2021, AYALA was encountered again by Border Patrol. On that date, Border Patrol Agent G. Estephan was performing assigned Border Patrol Duties in the Brown Field Border Patrol Station's Area of Responsibility in Tecate, California. At approximately 9:30 PM, a Mobile Surveillance Capabilities (MSC) Scope Operator BPA F. Stanave notified Agents, via the service radio, that he observed a group of five individuals walking north of the United States/Mexico International Boundary in an area known to Border Patrol as "Station Wagon." Agent Estephan responded to the last known location of the individuals and proceeded on foot. At approximately 9:55 PM, Agent Estephan encountered five individuals hiding in thick brush. This area is located approximately one mile north of the United States/Mexico International Boundary and approximately four miles west of Tecate, California Port of Entry. Agent Estephan identified himself as a Border Patrol Agent and performed an immigration inspection on all five individuals, including one later identified as the defendant, Javier Ernesto AYALA-Osuna. All five individuals, including AYALA, admitted being citizens of Mexico without immigration documents permitting them to be in the United States legally. At approximately 10:00 PM, Agent Estephan placed all individuals, including AYALA, under arrest.

The Material Witnesses were both shown a photo lineup. Francisco Javier MADARIAGA-Gonzalez identified number 5, which depicts defendant Javier Ernesto AYALA-Osuna, as being the foot guide in two smuggling events and who he knows as "Javier Mendez."